ORIGINAL

FILED
OCT - 7 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA 95150-0013
3
   Telephone: (408) 354-4413
4  Facsimile: (408) 354-5513

5  Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                              ) Chapter 13
                                    )
JUAN PEREZ                          ) Case No. 08-51128 ASW
                                    )
                                    ) **NOTICE OF UNCLAIMED DIVIDEND**
                                    )
         Debtor                     )
                                    )
_____)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2499168 for an unclaimed dividend in the amount of $9.32. The name and address of the claimant entitled to the unclaimed dividend is as follows;

JUAN PEREZ
311 MAIN ST PMB 220
WATSONVILLE, CA 95076

Dated: October 05, 2011

DEVIN DERHAM-BURK, TRUSTEE